the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Davina T. Chen, Assistant Federal Public Defender, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

■

**UNITED STATES of America, Plaintiff–Appellant,**

v.

**COMPREHENSIVE DRUG TESTING, INC., Defendant–Appellee.**

**Major League Baseball Players Association, Petitioner– Appellee,**

v.

**United States of America, Respondent– Appellant.**

**In re Search Warrants Executed On April 8, 2004 at Cdt, Inc.,**

**Seal 1, Plaintiff–Appellant,**

v.

**Seal 2, Defendant–Appellee.**

Nos. 05–10067, 05–15006, 05–55354.

United States Court of Appeals, Ninth Circuit.

Filed Sept. 30, 2008.

Erika R. Frick, USSF–Office of the U.S. Attorney, San Francisco, CA, for Plaintiff– Appellant.

David P. Bancroft, Jeffrey C. Hallam, Esq., David J. Silbert, Esq., Keker & Van Nest, LLP, San Francisco, CA, for Defendant–Appellee.

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

■

**John James McFARLAND, Plaintiff–Appellant,**

v.

**Dirk KEMPTHORNE, in his capacity as Secretary of the Department of the Interior; Suzanne Lewis, in her capacity as Superintendent of Glacier National Park; United States of America; National Park Service, Defendants–Appellees,**

**National Parks Conservation Association, Defendant– intervenor–Appellee.**

No. 06–36106.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 7, 2008.

Filed Oct. 2, 2008.